UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: )
 )
WILLIAMS, FERN ELIZABETH ) Case #: 6:11-bk-01819-KSJ
 ) Chapter 7
 )
       Debtor )

## TRUSTEE'S NOTICE OF INTENT TO SELL

TO: Creditors, Debtor and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports that he intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions stated:

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000, and a copy to United States Trustee Office, 135 W. Central Blvd, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. Description of Property: Estate assets as shown below, hereinafter referred to as the "Property"

| Description of Property | Fair Market Value | Value after liens, discounts and exemptions |
|---|---:|---:|
| Vacant land located at 57 Chaloux St, Andrews, NC, PIN # 5556-19-91-2439-000 | $28,000.00 | $7,500.00 |

2. Method of Sale: The Property will be sold to a private party on or after November 7, 2011. The name and address of the private party, hereinafter referred to as the "Private Party" is:

      Karen Wright
      PO Box 794
      Andrews, NC 28901

3. Property Information and Insurance: The sales price was determined by the description and condition as reported by a realtor.

4. <u>Terms of the Sale</u>:  The selling price to the Private Party is $7,500.00 to be paid in one lump sum upon approval of the Bankruptcy Court.  The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold "AS-IS", "WHERE-IS", "WITH ALL FAULTS and DEFECTS THEREIN", and subject to all liens and encumbrances.

5. <u>The Property is being sold subject to the following liens and encumbrances</u>:

        Lien holder name & address        Amount of Lien

**NO KNOWN LIENS OR ENCUMBRANCES**

The Trustee has noted all liens of which he has knowledge.  However, the Trustee has not performed a judgment or lien search.  The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

> **NOTICE:**  For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale.  The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature.  If a resale certificate is not presented when required, sales tax will be collected.  The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee.  If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency unless the vehicle is being sold to the debtor.

The Trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The Trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Such bids much be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. The proposed purchase price must be higher than the Fair Market Value. Any higher bid must be received by the Trustee at the address listed below no later than twenty one (21) days from the date of this notice. Inspection of the Property may be arranged by contacting the Trustee. Should a higher bid be received, the Trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated:  October 17, 2011

        /s/ Richard B. Webber II, Trustee
        Richard B. Webber II, Trustee
        PO Box 3000
        Orlando FL 32802-3000
        Office:  (407) 425-7010

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court; Karen Wright, PO Box 794, Andrews, NC 28901; and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, Florida 32801 this October 17, 2011.

                                                    /s/ Richard B. Webber II, Trustee
                                                    Richard B. Webber II, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-01819-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Oct 17 09:11:22 EDT 2011 | Joseph P Durham<br>1216 Dawson Rd #102<br>Albany, GA 31707-3867 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Robert F Siler<br>43 W. Main St<br>Franklin, NC 28734-3005 |
| Fern Elizabeth Williams<br>645 Stafford Terrace Unit 158<br>Altamonte Springs, FL 32714-4524 | Acs/clc College Loan C<br>501 Bleecker St<br>Utica, NY 13501-2401 | Aetna<br>PO Box 402299<br>Atlanta, GA 30384-2299 |
| Ashley Funding Services LLC its successors a<br>assigns as assignee of Laboratory Corp<br>of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Asset Acceptance<br>Po Box 2036<br>Warren, MI 48090-2036 | Asset Acceptance LLC<br>ASSIGNEE / WFNNB<br>PO BOX 2036<br>Warren, MI 48090-2036 |
| Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065-6285 | Cach Llc<br>Atn Bnkpcy Dept<br>4340 S Monaco St 2nd Flr<br>Denver, CO 80237-3408 | Calvary Portfolio Services<br>Attn Bnkpcy Dept<br>Po Box 1017<br>Hawthorne, NY 10532-7504 |
| Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-2322 | Central Credit Union O<br>6200 N W St<br>Pensacola, FL 32505-1903 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 |
| Cherokee County Tax Collector<br>75 Peachtree St Suite 109<br>Murphy NC 28906-2948 | CoastDental<br>520 W Highway 436<br>Suite 118<br>Altamonte Springs, FL 32714-4045 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Fin<br>Po Box 6103<br>Carol Stream, IL 60197-6103 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Galaxy Portfolios, LLC<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Green Tree Servicing L<br>Po Box 6172<br>Rapid City, SD 57709-6172 | Harold E. Scherr<br>1064 Greenwood Blvd. #328<br>Lake Mary, FL 32746-5419 |

| | | |
|---|---|---|
| Hidden Springs<br>PO Box 1569<br>Sanford, FL 32772-1569 | Hidden Springs Condo Assoc<br>715 Sandy Court<br>Altamonte Springs, FL 32714-4516 | Internal Revenue Service<br>Insolvency Division<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Kohls<br>Attn: Recovery Dept<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | LabCorp<br>PO Box 2240<br>Burlington, NC 27216-2240 |
| Larsen & Assoc.<br>300 S. Orange Ave #1200<br>Orlando, FL 32801-3378 | Macys<br>Macy's Bankruptcy<br>PO Box 8053<br>Mason, OH 45040-8053 | PYOD LLC its successors and assigns as assig<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Patrick A. Carey<br>P.O. Box 574226<br>Orlando, FL 32857-4226 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 |
| Unvl/citi<br>Attn.: Centralized  Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Worldwide Asset Purcha<br>101 Convention Center St<br>Las Vegas, NV 89109-2001 | Wrp<br>101 Convention Center St<br>Las Vegas, NV 89109-2001 |
| United States Trustee - ORL7 +<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Lori Patton +<br>Law Office of Lori Patton, PA<br>PO Box 520547<br>Longwood, FL 32752-0547 | Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 |
| William S Orth +<br>Law Offices of Lori Patton<br>300 N Ronald Reagan Blvd<br>Suite 100<br>Longwood, FL 32750-4162 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One, N.a.<br>Bankruptcy Dept<br>Po Box 5155<br>Norcross, GA 30091 | Portfolio Rc<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann  (u)Metro 24/7  (u)Sprint
Orlando

**End of Label Matrix**
**Mailable recipients**    48
**Bypassed recipients**     3
**Total**                  51

(u)Karen S. Jennemann  (u)Metro 24/7  (u)Sprint